Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

10-03698

**CASE NO.**

Debtor **John Michael Dudley**     SS# **xxx-xx-4488**     Current Monthly Income $ 3,603.00
Joint Debtor N/A     SS#     Current Monthly Income $
Address 340 Arbor Drive Apt 1146 Ridgeland, MS 39157     No. of Dependents 1
Telephone No. 601-842-8397     **TAX REFUNDS AND EIC FOR DISTRIBUTION:** N/A

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of **60** months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A)    Debtor shall pay $ **168.00** per **( bi-weekly )** to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

DSI Renal, Inc.
424 Church Street Suite 1900
Nashville, TN 37219

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ **0.00** @ $ **0.00** /mo
State Tax Commission $ **0.00** @ $ **0.00** /mo Other $ **0.00** @ $ **0.00** /mo

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**

Leslie Dudley
306 White Oak Drive
Brandon, MS 39047

beginning in the amount of $ 414.00 per month shall be paid:
    **X**    direct    _____ through payroll deduction    _____ through the plan.

**PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**
-NONE-

in the amount of $ shall be paid $ per month:
    _____ through payroll deduction    _____ through the plan.

**HOME MORTGAGE(S)**
MTG PMTS TO: -NONE-     BEGINNING _____ @$ _____ PLAN DIRECT
MTG ARREARS TO: -NONE-     THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | % | | |

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Region Bank | House & Lot | $142,000.00 | Abandon Pay -0- |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:    -NONE-

Debtor's Initials **JD**    Joint Debtor's Initials ____        CHAPTER 13 PLAN, PAGE 1 OF 2

**UNSECURED DEBTS** totaling approximately $ __17,800.00__ are to be paid in deferred payments to creditors that have 10-03698
filed claims that are not disallowed: __X__ IN FULL or __100__ % (PERCENT) MINIMUM.

| | |
|---|---|
| Total Attorney Fees Charged $ 2,800.00 | Pay administrative costs and debtor's attorney fees |
| Attorney Fees Previously Paid $ **1,026.00** | Pursuant to Court Order and/or local rules. |
| Attorney fees to be paid through the plan $ 1,774.00 | |

Name/Address/Phone # of Vehicle Insurance Co./Agent
N/A

Attorney for Debtor (Name/Address/Phone # / Email)
**William W. Stover, Jr. MS Bar 8885**
**775 East Fortification Street**
**Jackson, MS 39202**

Telephone/Fax

Telephone/Fax **601-949-5000/601-949-7872**
E-mail Address **wes@wesstover.com**

DATE: 10/8/2010        DEBTOR'S SIGNATURE         /s/ John Michael Dudley
                       JOINT DEBTOR'S SIGNATURE
                       ATTORNEY'S SIGNATURE       /s/ William W. Stover, Jr.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy